11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Glenda Mae Zavala,                              * From the 39th District
                                                  Court of Haskell County,
                                                  Trial Court No. 6667.

Vs. No. 11-13-00173-CR                          * September 5, 2013

The State of Texas,                             * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Wright, C.J.,
                                                  McCall, J., and Willson, J.)

This court has considered Glenda Mae Zavala's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.